# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANA MARIA COHAILA, *et al.*,

              Plaintiffs,

    vs.

KRISTI NOEM, *et al.*,

              Defendants.

Case No.: 2:26-cv-00676-GMN-BNW

**ORDER**

Pending before the Court is the Motion to Grant Unopposed Petition for Writ of Mandamus, (ECF No. 5), filed by Plaintiffs Ana Maria Cohaila and Luis Torero. Because Defendants have not been served, the Motion to Grant Unopposed Petition for Writ of Mandamus, (ECF No. 5), is DENIED.

Plaintiffs bring their action against four United States Officers in their official capacities. "To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Fed. R. Civ. P. 4(i)(2).

To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1).

Plaintiffs contend that their Petition for Writ of Mandamus, (ECF No. 1), is unopposed, but it appears that Defendants have not yet been properly served in this matter pursuant to Federal Rule of Civil Procedure 4(i).  Plaintiffs' Writ of Mandamus includes a Certificate of Service stating the Writ of Mandamus was served via certified mail to Defendants, but it does not state that a summons was served, nor does it state that the United States was served according to Federal Rule of Civil Procedure 4(i)(1).  Because Defendants have not yet been properly served in this matter, their deadline to answer Plaintiffs' Writ of Mandamus has not passed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Grant Unopposed Petition for Writ of Mandamus, (ECF No. 5), is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' deadline to serve Defendants is extended to June 24, 2026.

The Clerk of Court is kindly directed to file the Advisory Letter on the docket for Plaintiffs to review.

Dated this __27_ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court